**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE R. BROOKE JACKSON**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks   Date: March 20, 2013
Court Reporter: Kara Spitler   Time: 47 minutes

**CASE NO.  11-cv-03076-RBJ**

| Parties | Counsel |
|---|---|
| **PEDRO HERNANDEZ, and MONICA IDALY TORIBIO,** | Robert Baldwin<br>Evan Lee<br>Roger Castle |
| Plaintiff (s), | |
| vs. | |
| **AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,** | John Fairless |
| Defendant (s). | |

**MOTION HEARING - ORAL ARGUMENT**

**8:00 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

Defendant's Motion for Summary Judgment [Docket No. 15]

**8:05 a.m.**    Argument by Mr. Fairless.  Questions by the Court.

Page Two
11-cv-03076-RBJ
March 20, 2013

**8:15 a.m.**     Argument by Mr. Baldwin.  Questions by the Court.

**8:25 a.m.**     Further argument by Mr. Fairless.

**8:30 a.m.**     **COURT IN RECESS**

**8:45 a.m.**     **COURT IN SESSION**

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Summary Judgment [Docket No. 15] is **DENIED.**

**9:02 a.m.**     **COURT IN RECESS**

**Total in court time:**         **47 minutes**

**Hearing concluded**